UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  LANCE ROBERT KOZLOWSKI and     :  CHAPTER 13
        IRIS AMADA KOZLOWSKI            :
            Debtor(s)                   :
                                        :
        CHARLES J. DEHART, III          :
        STANDING CHAPTER 13 TRUSTEE     :
            Movant                      :
                                        :
            vs.                         :
                                        :
        LANCE ROBERT KOZLOWSKI and      :
        IRIS AMADA KOZLOWSKI            :
            Respondent(s)               :  CASE NO.   5-18-bk-02690


## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

        AND NOW, this   17th   day of September, 2018, comes Charles J. DeHart, III,
Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)'
plan for the following reason(s):

        1   Debtor(s)' plan violates 11 U.S.C. Sec. 1325(a)(4) in that the value of property
to be distributed under the plan on account of each allowed unsecured claim is less than the amount
that would be paid on such claim if the estate were liquidated under Chapter 7.   More specifically,
debtor's have excess non-exempt equity in the following:   (Joint claims)

        a.   Residential real estate.

    2.   The Trustee avers that debtor(s)' plan is not feasible based upon the following:

        a.   Plan ambiguous -

            (1)   Payment
            (2)   2(A) and (D)

        WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and
therefore Trustee prays that this Honorable Court will:

        a.   Deny confirmation of debtor(s) plan.
        b.   Dismiss or convert debtor(s) case.
        c.   Provide such other relief as is equitable and just.

                            Respectfully submitted:

                            /s/Charles J. DeHart, III
                            Standing Chapter 13 Trustee
                            8125 Adams Drive, Suite A
                            Hummelstown, PA 17036
                            (717) 566-6097

<u>CERTIFICATE OF SERVICE</u>

        AND NOW, this   25th   day of September, 2018, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Patrick Best, Esquire
18 N. 8th Street
Stroudsburg, PA   18360

                          /s/Deborah A. Behney
                          Office of Charles J. DeHart, III
                          Standing Chapter 13 Trustee